## KOSTELANETZ & FINK, LLP
7 WORLD TRADE CENTER
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

February 5, 2016

**BY ECF & E-MAIL**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

           Re:    **John M. Larson v. United States, 16-CV-00245 (VEC)**

Dear Judge Caproni:

      We represent John M. Larson in the above-entitled action. We write to request that the Court seal the Complaint (Docket #1) filed on January 13, 2016. We are making this request because Exhibit A to the Complaint inadvertently included Mr. Larson's unredacted Social Security Number. In addition, we are also requesting leave to re-file the Complaint with Exhibit A redacted to remove Mr. Larson's Social Security Number. A Proposed Order is enclosed.

      Thank you for your consideration.

                                                        Respectfully submitted,

                                                            Megan Brackney

Cc:    AUSA Andrew E. Krause

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JOHN M. LARSON, | Civil Action No. 16-CV-00245 |
| Plaintiff, | ORDER |
| vs. |  |
| UNITED STATES OF AMERICA, |  |
| Defendant. |  |

For good cause shown, and at the request of Plaintiff John Larson, it is hereby ORDERED that the Complaint filed on January 13, 2016 be sealed, and that Plaintiff is given leave to file a Complaint with Exhibit A redacted to remove Plaintiff's Social Security Number.

Dated: February ___, 2016

SO ORDERED:

_____
Valerie E. Caproni
United States District Judge